AUSA Srinivasan

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
March 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____VAR_____
DEPUTY

| United States of America, | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| **Reymundo Criado-Cruz** | § | Case Number: |
| AKA Reymundo Armondo Criado, | § | |
| Raymond Armondo Cruz, Rey Cruz, | § | **1:25-MJ-00327** |
| Raymundo Griado, Rey Criado, | § | |
| Raymon Criado, Ray Criado, Ray Cruz | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **April 6, 2023**, in the county of **Travis,** in the Western District of Texas, the defendant, **Reymundo Criado-Cruz**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **April 6, 2023**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, within the Western District of Texas. A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **December 1, 2007**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

| March 21, 2025 | at | Austin, Texas |
| --- | --- | --- |
| Date | | City and State |

Susan Hightower
United States Magistrate Judge
_____     _____
Name & Title of Judicial Officer          Signature of Judicial Officer